# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| JAMES LARK, | Case No. 14-CV-3205 (JRT/SER) |
| Plaintiff, | |
| v. | **ORDER** |
| HENNEPIN COUNTY A.D. CENTER;<br>HENNEPIN COUNTY SHERIFF DEPT.;<br>NURSE that worked Friday the 15th of Aug.;<br>and HENNEPIN COUNTY SHERIFF<br>DEPUTIES, | |
| Defendants. | |

James Lark, 1317 Russell Avenue North, Minneapolis, MN 55411, *pro se* plaintiff.

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau.  No objections to the Report and Recommendation were filed within the requisite time period.  Accordingly, **IT IS HEREBY ORDERED** that:

1. This action be **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

2. Lark's application to proceed *in forma pauperis* [ECF No. 2] be **DENIED AS MOOT**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  November 19, 2014  
at Minneapolis, Minnesota

s/John R. Tunheim  
JOHN R. TUNHEIM  
United States District Judge